**RECEIVED**
AUG 30 2017
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Plaintiff(s),

vs. Daniel Donahue

Case No. 17cv 4061 JNE/HB
(To be assigned by Clerk of District Court)

Dakota County Minnesota County Attorneys office, Dakota County Minnesota USA, and, The City of Inver Grove Heights, USA, AND INVER GROVE HEIGHTS police Department, The league of Minnesota Cities.

Defendant(s).

**DEMAND FOR JURY TRIAL**
YES ☒   NO ☐

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

    a. Plaintiff Daniel Donahue

    Name Daniel Donahue

    Street Address 435 University Ave E #112

    County, City Ramsey County. Saint Paul

    State & Zip Code Minnesota 55130

    Telephone Number

SCANNED
AUG 31 2017
U.S. DISTRICT COURT ST. PAUL

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1 DAKOTA County
      Name  DAKOTA County, Dakota County District Attorneys Office Staff and Employees of Dakota County MN USA
      Street Address 1560 Highway 55
      County, City Hastings, MN 55033
      State & Zip Code Dakota County

   b. Defendant No. 2 City of Inver Grove Heights Minnesota -AS
      Name Inver Grove Heights Police Department
      Street Address 8150 Barbara Ave. E
      County, City Inver Grove Heights, MN 55077
      State & Zip Code Dakota County

   c. Defendant No. 3 League of Minnesota Cities
      Name League of Minnesota Cities
      Street Address 145 University Ave W, St Paul, MN
      County, City Ramsey, MN  Saint Paul
      State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   [x] Federal Question        [ ] Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name:                    State of Citizenship:

   Defendant No. 1:                   State of Citizenship:

   Defendant No. 2:                   State of Citizenship:

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
   **Check here if additional sheets of paper are attached.** [ ]

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   [x] Defendant(s) reside in Minnesota   [x] Facts alleged below primarily occurred in Minnesota
   [x] Other: explain  Minnesota agencies involvement(s)

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph. 4th Amendment of US Constitution

7. 1) June 17th 2013 ARRESTED FALSELY w/o PROBABLE CAUSE, w/o Appropriate warrant, using 3RD perhaps 5TH party vendor verified information violating plaintiffs 4th Amendment, using non reliable marketed criminal history incorrect for plaintiffs Identity, accusing him of a crime computer forensic sciences proved not to be possible, also previously verified to law enforcement that plaintiff was indeed not the culprit/inmate, by financial institution personnel, Inver Grove Heights Police department personnel continued to, maliciously pursue and convert MR Donahue into suspect #1,

(b) also re detaining MR Donahue after the circuit court judge Moneyahen releasing on own Recognisance 6/20/2013 approx 0300 hrs.

1) Defendants, co operating in an involuntary commitment attempt @ regions hospital stating plaintiff was suicidal/homicidal using 2566 minnesota. Without cause. Nothing proven, no exculpatory effort on behalf of accused,

also all alleged facts and allegations listed in initial Complaint. as well as see attached

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

the original complaint asked for 6 million dollars as before the next set of deprivations were discovered through the process, discovery and fact finding, the refiling of that was denied, along with the rest of the due process- and further rights protected under constitute deprivations listed here. 10 million. US. Restraining order against Dakota County. Written apology.

CASE 0:17-cv-04061-JNE-HB   Document 1   Filed 08/31/17   Page 5 of 6

Cont.

1) Abuse of process
   - Plaintiff(s) used process to deny plaintiff access to evidence, b) then used process to blame and penalize, sanction, plaintiff, deprived him of the court process.

2) depriving plaintiff
   1) Right to a trial — US constitution
   2) Right to remedy for wrongs — MN Const.
   3) Right to justice — MN Const.
   4) Right to feel secure and safe — 4th amendment
   5) 14th amendment — due process (fair, complete)
   6) 5th amendment — deprived of life liberty without due process
   7) 6th amendment — never got to confront witnesses or provide witnesses, evidence in my favor

   and any other additionals to be submitted once discovered.

Signed this 30th day of August 2017

Signature of Plaintiff /s/ _____

Mailing Address 435 University Ave #116
Saint Paul, MN 55130

Telephone Number NO

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

5